UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

RAM CARRABEO,

    Plaintiff,
vs.

OCEAN RESTAURANT CORPORATION,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF REMOVAL**

As provided by 28 U.S.C. §1441 *et seq.*, Defendant, OCEAN RESTAURANT CORPORATION ("Defendant") hereby files this Notice of Removal of the above-styled action from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, where the action is now pending under Case Number 2019-019621-CA-01, to the United States District Court for the Southern District of Florida. In connection with this Notice of Removal, Defendant states:

1. The above-styled action was commenced by Plaintiff, RAM CARRABEO ("Plaintiff"), in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, by the filing of a Complaint. *See* Exhibit A.

2. The action, which is of a civil nature, involves claims by Plaintiff under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA"), and the Florida Minimum Wage Act, Florida Statute § 448.110, ("FMWA"), for allegedly unpaid overtime, minimum wage, and retaliation arising from Plaintiff's employment with Defendant.

3. The Court has federal question jurisdiction over the FLSA claims pursuant to

28 U.S.C. §§1331 and 1441(a), since Plaintiff is alleging violations of a federal statute.

4. Additionally, this Court has supplemental jurisdiction over Plaintiff's claims under the FMWA because these claims are so related to the FLSA claims that they form part of the same case or controversy. 28 U.S.C. § 1367(a).

5. Defendant was served with Plaintiff's Complaint on October 28, 2019. Thus, this Notice of Removal is timely, since 28 U.S.C. 1446(b) grants parties thirty (30) days to remove an action to Federal Court "after receipt . . . of a copy of the initial pleading . . . or within thirty days after the service of summons upon the defendant if such initial pleading has been filed in court and is not required to be served on the defendant, whichever period is shorter." *See* 28 U.S.C. § 1446(b).

6. To date, the only pleading which Defendant has received is the Complaint, a copy of which is attached as Exhibit A.

7. Given that the above-styled state court action is pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, this case is removable to the United States District Court for the Southern District of Florida. *See* 28 U.S.C. § 1441(a), and § 1367(a).

8. Defendant will give written notice of the filing of this Notice of Removal, as required by 28 U.S.C. §1446(d).

## MEMORANDUM OF LAW

**A.     The United States District Court Has Jurisdiction Over this Matter**

A state court action may be removed to a United States District Court where "the district courts of the United States have original jurisdiction[.]" 28 U.S.C. §1441(a). In the

instant case, original jurisdiction is available for the FLSA claims under 28 U.S.C. §1331, which provides, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

Further, Plaintiff's claims under the FMWA are so related to the FLSA claims that they form part of the same case or controversy because they also arise from allegedly unpaid wages. 28 U.S.C. § 1367(a). Thus, the Court has jurisdiction over the FLSA claims, and has supplemental jurisdiction over the FMWA claims.

**B.     Defendant Has Complied With the Procedure for Removal**

The procedure governing removal of actions first filed in state court is governed by 28 U.S.C. §1446.  Section 1446 provides that any defendant desiring to remove a civil action from state court must file a notice of removal which contains:

> a short plain statement of the grounds for removal, together with a copy of all process, pleadings and orders served upon such defendant in such action.

*See* 28 U.S.C. §1446.  Furthermore, any notice of removal must be filed within thirty (30) days after receipt of the initial pleading.  *See* 28 U.S.C. §1446.

Paragraphs 1 through 8 above set forth the grounds on which removal is sought, specifically citing the federal statutes upon which original jurisdiction is premised (under 28 U.S.C. § 1331) and the factual support for that jurisdiction. Accordingly, Defendant has complied with the terms of 28 U.S.C. §1446 which dictate that a short plain statement of the grounds for removal accompany any notice of removal.  In addition, this notice has annexed to it all process, pleadings and other papers that have been served on Defendant in compliance with 28 U.S.C. §1446.

C.     **Conclusion**

Defendant has complied with the procedural requirements of 28 U.S.C. §1446, the Federal Rules of Civil Procedure, and the Local Rules of the Southern District of Florida which govern removal from state court, and this Court has original jurisdiction over this matter.  Accordingly, Defendant respectfully requests that the United States District Court for the Southern District of Florida take jurisdiction over this action.

WHEREFORE, Defendant, OCEAN RESTAURANT CORPORATION, hereby gives notice that the state court action pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, under Case No. 2019-019621-CA-01, is removed to the United States District Court for the Southern District of Florida.

Respectfully submitted this 18th day of November, 2019.

    *s/ Robin Taylor Symons*
Robin Taylor Symons, Esq.
Florida Bar No. 35683
Jocelyn Ramos, Esq.
Florida Bar No. 1011087
**GORDON & REES**
**SCULLY MANSUKHANI**
100 SE Second Street, Suite 3900
Miami, Florida 33131
Telephone:  305-428-5322
Facsimile:   877-644-6209
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2019, I filed the foregoing document with the Clerk of the Court using CM/ECF, and that a true and correct copy of the foregoing document was served this day on all counsel of record identified on the following Service List by electronic mail.

                                                  *s/ Robin Taylor Symons*
                                                  Robin Taylor Symons, Esq.

**Service List**
Alberto Naranjo, Esq.
**AN LAW FIRM, P.A.**
7900 Oak Lane, #400
Miami Lakes, FL 33016
Telephone: (305) 942-8070
Email: AN@ANLawFirm.com
*Counsel for Plaintiff*